UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESMELING L. BAHENA,<br><br>         Plaintiff,<br><br>    v.<br><br>D. ROHRDANZ, et al.,<br><br>         Defendants. | Case No. 1:20-cv-00618-SKO (PC)<br><br>**ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE**<br><br>45-DAY DEADLINE |

Plaintiff is a state prisoner proceeding *pro se* in a civil rights action brought pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $400 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Accordingly, the Court ORDERS Plaintiff, **within 45 days** of the date of service of this order, to submit the attached application to proceed *in forma pauperis*, completed and signed, or, in the alternative, pay the $400 filing fee for this action. No requests for an extension will be granted without a showing of good cause. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **May 4, 2020**                                      /s/ *Sheila K. Oberto*
                                                                              UNITED STATES MAGISTRATE JUDGE