UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESMELING L. BAHENA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. ROHRDANZ, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00618-SKO (PC)<br><br>**ORDER DISREGARDING MOTION FOR LEAVE TO AMEND COMPLAINT AS MOOT**<br><br>(Doc. 10) |

　　　Before the Court is Plaintiff's motion to amend his complaint. (Doc. 10.) The Court already granted Plaintiff leave to amend the complaint in its screening order, issued on September 23, 2020. (Doc. 11.) Accordingly, the Court DISREGARDS Plaintiff's motion as moot.

IT IS SO ORDERED.

Dated:　**September 24, 2020**　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE