UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESMELING L. BAHENA,<br><br>  Plaintiff,<br><br>v.<br><br>D. ROHRDANZ, et al.,<br><br>  Defendants. | Case No. 1:20-cv-00618-NONE-SKO  (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR REMOTE APPEARANCE OF ESMELING L. BAHENA, CDCR NO. BA-4702<br><br>DATE: MAY 6, 2021<br>TIME:  10:00 A.M. |

Esmeling L. Bahena, CDCR No. BA4702, the plaintiff in this case and a necessary participant in a settlement conference on MAY 6, 2021, is confined at Salinas Valley State Prison in the custody of the warden. To secure the inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian of the prison to produce the inmate for a <u>remote appearance</u> before Magistrate Judge Erica P. Grosjean, U.S. District Court, Eastern District of California, on MAY 6, 2021, at 10:00 A.M.

### ACCORDINGLY, THE COURT ORDERS:

1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the warden to produce the inmate named above, by Zoom videoconference, to participate in a settlement conference before Magistrate Judge Erica P. Grosjean on the date and time above, until completion of the conference or as ordered by the court. Zoom connection information will be supplied to the parties by email.

2. Any difficulties connecting to the Zoom videoconference shall be immediately reported to Michelle Rooney, Courtroom Deputy, at mrooney@caed.uscourts.gov.

3.  The custodian is ordered to notify the court of any change in custody of this inmate and to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of Salinas Valley State Prison**

**WE COMMAND** you to produce the inmate named above to testify before Judge Grosjean on the date and time above, by Zoom videoconference, until completion of the proceedings or as ordered by the court.

**FURTHER**, you are ordered to notify the court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.



Dated:  **April 6, 2021**            /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE