UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESMELING L. BAHENA,<br><br>           Plaintiff,<br><br>    v.<br><br>D. ROHRDANZ, et al.,<br><br>           Defendants. | Case No. 1:20-cv-00618-NONE-SKO (PC)<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF DEFENDANT MANHAS** |

    The parties have filed a stipulation for voluntary dismissal of Defendant Manhas with prejudice, with each party to bear its own costs and attorney's fees. (Doc. 34.) Accordingly, IT IS HEREBY ORDERED that Defendant Manhas is dismissed from this action with prejudice.

IT IS SO ORDERED.

Dated:   **May 18, 2021**                    /s/ *Sheila K. Oberto*
                                                   UNITED STATES MAGISTRATE JUDGE