| | |
|---|---|
| ESMELING L. BAHENA, | Case No. 1:20-cv-00618-NONE-SKO (PC) |
| Plaintiff, | **ORDER ON PLAINTIFF'S MOTION FOR MISCELLANEOUS RELIEF** |
| v. | |
| D. ROHRDANZ, | (Doc. 36) |
| Defendant. | |

On May 6, 2021, this matter was settled at a settlement conference held before Magistrate Judge Erica P. Grosjean. (Doc. 33.) In accordance with the terms provided on the record, Plaintiff would file a motion regarding settlement proceeds, litigation expenses, and restitution.

On May 24, 2021, Plaintiff filed a motion for a copy of the order issued after the settlement conference. (Doc. 36.) Plaintiff states that he requires the "order to have access to the prison law library." (*Id.* at 1.) The Court assumes that Plaintiff wishes to gain access to the library so that he can draft the abovementioned motion regarding his settlement proceeds.

The Court already provided Plaintiff with a copy of the post-settlement conference order, which he attached to his complaint. (*Id.* at 2.) Because this order is a "minute order," there was no additional order issued by the Court—the copy Plaintiff possesses is the entire order. Therefore, the Court will deny Plaintiff's motion for a copy. However, to assist Plaintiff in gaining access to the prison law library, the Court will provide a deadline regarding the motion discussed at the

settlement conference.

Accordingly, Plaintiff's motion for a copy of the order issued after the May 6, 2021 settlement conference is DENIED. The Court ORDERS Plaintiff to file a motion regarding settlement proceeds, as discussed on the record at the settlement conference, by **July 5, 2021**.[1]

IT IS SO ORDERED.

Dated: **May 26, 2021** /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

---

[1] This is the date by which the Court previously ordered the parties to file dispositional documents. (*See* Doc. 33.)