UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESMELING L. BAHENA, | Case No. 1:20-cv-00618-NONE-SKO (PC) |
| Plaintiff, | |
| v. | **ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE** |
| D. ROHRDANZ, | |
| Defendant. | |

The parties have filed a stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). (Doc. 38.) The rule provides that a "plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Once a stipulation under Rule 41(a)(1) is properly filed, no order of the court is necessary to effectuate dismissal; the dismissal is effective automatically. *See Com. Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1078 (9th Cir. 1999).

Because the parties have filed a stipulation of dismissal, signed by all parties or their counsel of record, this action has terminated. Accordingly, the Court DIRECTS the Clerk of the Court to close this case.

///

///

///

| | |
|---|---|
| 1 | As set forth on the record during the settlement conference held on May 6, 2021, and pursuant to the parties' stipulation, (Doc. 38 at 2), the Court retains jurisdiction over the parties' settlement agreement to enforce its terms, including consideration of any motion related thereto, (*see* Doc. 37). |

As set forth on the record during the settlement conference held on May 6, 2021, and pursuant to the parties' stipulation, (Doc. 38 at 2), the Court retains jurisdiction over the parties' settlement agreement to enforce its terms, including consideration of any motion related thereto, (*see* Doc. 37).

IT IS SO ORDERED.

Dated: **June 22, 2021**     /s/ *Sheila K. Oberto*
                             UNITED STATES MAGISTRATE JUDGE